UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **EBONY PERRY** | : | **CASE NO. 2:22-CV-02618** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **WESTON PROPERTY & CASUALTY INSURANCE CO., ET AL.** | : | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

IT IS ORDERED that this matter be **DISMISSED WITHOUT PREJUDICE** due to this court's lack of subject matter jurisdiction.

THUS DONE in Chambers on this 12th day of September, 2023.

James D. Cain, Jr.
United States District Judge